No. 87–163. UNITED STATES ARMY CORPS OF ENGINEERS ET AL. *v.* AMERON, INC., ET AL. C. A. 3d Cir. [Certiorari granted, 485 U. S. 958.] Motion of respondents for divided argument denied.

No. 87–201. MANSELL *v.* MANSELL. Ct. App. Cal., 5th App. Dist. [Probable jurisdiction noted, 487 U. S. 1217.] Motion of Retired Officers Association et al. for leave to file a brief as *amici curiae* granted.

No. 87–470. FORT WAYNE BOOKS, INC. *v.* INDIANA ET AL. Sup. Ct. Ind. [Certiorari granted, 485 U. S. 933.] Motion of James J. Clancy et al. for leave to file a brief as *amici curiae* granted.

No. 87–636. KARAHALIOS *v.* NATIONAL FEDERATION OF FEDERAL EMPLOYEES, LOCAL 1263. C. A. 9th Cir. [Certiorari granted, 486 U. S. 1041.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 87–980. MISSISSIPPI BAND OF CHOCTAW INDIANS *v.* HOLYFIELD ET AL. Sup. Ct. Miss. [Probable jurisdiction postponed, 486 U. S. 1021.] Motion of Swinomish Tribal Community et al. for leave to file a brief as *amici curiae* granted.

No. 87–1020. DAVIS *v.* MICHIGAN DEPARTMENT OF THE TREASURY. Ct. App. Mich. [Probable jurisdiction noted, 487 U. S. 1217.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 87–1054. FIRESTONE TIRE & RUBBER CO. ET AL. *v.* BRUCH ET AL. C. A. 3d Cir. [Certiorari granted, 485 U. S. 986.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 87–1097. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* GEORGETOWN UNIVERSITY HOSPITAL ET AL. C. A. D. C. Cir. [Certiorari granted, 485 U. S. 903.] Motion of Ohio Power Co. for leave to file a brief as *amicus curiae* out of time denied.